# EXHIBIT A

| **Summons** | CIVIL DOCKET NO.<br>*2277CV01138 D* | **Trial Court of Massachusetts**<br>**The Superior Court** ⚖ |
|---|---|---|

| CASE NAME:<br>*Christine Rivard*<br><br>vs. *Plaintiff(s)*<br><br>*NICE Systems, Inc.*<br>*Defendant(s)* | Clerk of Courts<br>County<br><br>COURT NAME & ADDRESS:<br>*Essex Superior Court*<br>*56 Federal St*<br>*Salem, MA 01970* |
|---|---|

THIS SUMMONS IS DIRECTED TO <u>*NICE Systems, Inc.*</u> (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the *Essex Superior* Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

    a) Filing your **signed original** response with the Clerk's Office for Civil Business, *Essex Superior* Court *56 Federal St, Salem, MA 01970* (address), by mail, in person, or electronically through the web portal www.eFileMA.com if the Complaint was e-filed through that portal, **AND**

    b) Delivering or mailing **a copy** of your response to the Plaintiff's attorney/Plaintiff at the following address: *Elijah Bresley, 46 South Main St, Sharon, MA, 02067*

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

**3. (cont.)** Another way to respond to a Complaint is by filing a "Motion to Dismiss," if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Rule 12 of the Massachusetts Rules of Civil Procedure**. If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

www.mass.gov/law-library/massachusetts-superior-court-rules

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings.**

The "Civil Docket No." appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. _Heidi E. Brieger_____ , Chief Justice on _____ , 20_____ . (Seal)

Clerk _____Thomas H. Driscoll, Jr._____

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

---

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ , I served a copy of this Summons, together with a copy of the Complaint in this action, on the Defendant named in this Summons, in the following manner (See Rule 4(d)(1-5) of the Massachusetts Rules of Civil Procedure):

_____

_____

_____

Dated: _____          Signature: _____

**N.B.   TO PROCESS SERVER:**

**PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.**

Date:

rev. 7/2022

| Summons | CIVIL DOCKET NO.<br>2277CV01138 D | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

| CASE NAME:<br><br>*Christine Rivard*<br><br>Plaintiff(s)<br><br>vs.<br><br>*NICE Systems, Inc.*<br><br>Defendant(s) | Clerk of Courts<br>County<br><br>COURT NAME & ADDRESS:<br>*Essex Superior Court*<br>*56 Federal St*<br>*Salem, MA 01970* |
|---|---|

THIS SUMMONS IS DIRECTED TO _*NICE Systems, Inc.*_ (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the *Essex Superior* Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your **signed original** response with the Clerk's Office for Civil Business, *Essex Superior* Court *56 Federal St, Salem, MA 01970* (address), by mail, in person, or electronically through the web portal www.eFileMA.com if the Complaint was e-filed through that portal, **AND**

b) Delivering or mailing **a copy** of your response to the Plaintiff's attorney/Plaintiff at the following address: *Elijah Bresley, 46 South Main St, Sharon, MA, 02067*

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

**3. (cont.)** Another way to respond to a Complaint is by filing a "Motion to Dismiss," if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Rule 12 of the Massachusetts Rules of Civil Procedure.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

www.mass.gov/law-library/massachusetts-superior-court-rules

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings.**

The "Civil Docket No." appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. _Heidi E. Brieger_____ , Chief Justice on _____ , 20____ . (Seal)

Clerk _____Thomas H. Driscoll, Jr._____

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

---

PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ , I served a copy of this Summons, together with a copy of the Complaint in this action, on the Defendant named in this Summons, in the following manner (See Rule 4(d)(1-5) of the Massachusetts Rules of Civil Procedure):

_____

_____

_____

Dated: _____          Signature: _____

**N.B.   TO PROCESS SERVER:**

**PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.**

Date:

rev. 7/2022

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT OF THE COMMONWEALTH

1

ESSEX, ss.                                        SUPERIOR COURT DEPARTMENT

CHRISTINE RIVARD,                                                            11/23/2022
      Plaintiff,
                                                  Civil Action No.:
v.

NICE Systems, Inc.                                                   **RECEIVED**
      Defendants.

## COMPLAINT

This Complaint arises from Defendant, NICE Systems, Inc.'s, violation of the

Massachusetts Wage Act, M.G.L. c. 149.

### Parties

1. Plaintiff, Christine Rivard ("Mrs. Rivard") is a resident of Peabody, Massachusetts.

2. Defendant, NICE Systems, Inc. ("NSI"), is a domestic, for-profit corporation with a

   principal place of business located at in Hoboken, New Jersey.

### Jurisdiction and Venue

4. This Court has subject matter jurisdiction pursuant to G.L. c. 212, § 3.

5. On November 15, 2022, the Massachusetts Office of the Attorney General ("AG's

   Office") issued Mrs. Rivard an Authorization for Immediate Private Suit against NSI.

6. This Court has general personal jurisdiction over NSI because hired Mrs. Rivard to work

   as its agent in the Commonwealth. NSI's acts and omissions giving rise to this complaint

   also occurred in the Commonwealth.

7. Venue is proper in this Court pursuant to G.L. c. 223, § 1, because Mrs. Rivard has a

   residence in Essex County.

## **Factual Allegations**

3. Mrs. Rivard was employed by NSI starting on January 3, 2012.

4. She was promoted to a Solution Sales Executive in 2019.

5. Most recently, Mrs. Rivard worked and earned commissions pursuant to the NICE Ltd. 2021 Sales Incentive Plan – Enterprise & Public Safety, which detailed how Mrs. Rivard earned commissions on all sales.

6. Mrs. Rivard earned commissions both when the contract with clients was signed and when the invoices were sent.

7. After Mrs. Rivard closed a contract with a client, she had no more obligations, but just to wait until the time allotted in the contract came and then she would be paid the rest of her commissions.

8. Mrs. Rivard left the Company on or about December 30, 2021.

9. Prior to her departure, Mrs. Rivard questioned how her remaining commissions would be paid out.

10. During Mrs. Rivard's exit interview with Roshni Ray (an employee in Human Resources), Ms. Ray confirmed that, as mandated by Massachusetts' law, all the commissions that Mrs. Rivard had earned through her last day would be paid to her.

11. Currently, Mrs. Rivard is aware that she has earned out outstanding commission in the amount of almost $60,000 that was not paid on her last day.

12. In each of these cases, Mrs. Rivard has completed the sale and was simply waiting for NSI to send the invoice to be paid.

13. Pursuant to Ms. Ray's promises and in compliance with the law, the Company continued to issue Mrs. Rivard checks.

14. Mrs. Rivard received a check in February 2022 for commissions for sales closed in 2020 and 2021.

15. However, Mrs. Rivard has not received payment for the vast majority of the sales that she has closed.

**COUNT ONE**
**Massachusetts Wage Act G.L. c. 149**

16. Plaintiff re-alleges and re-asserts the allegations in the above paragraphs as if fully set forth herein.

17. Defendants, through their actions have violated the Wage Act M.G.L. c. 149.

18. As of her last date, Mrs. Rivard was owed approximately $60,000 for commissions that she had earned.

19. These commissions were due and payable.

20. These commissions were calculatable and in all cases, simply waiting for the invoices to be sent.

21. There were no unsatisfied contingencies that Mrs. Rivard had to complete.

22. As a result of Defendants' violation, Plaintiff has suffered and continues to suffer harm.

**PRAYER FOR RELIEF**

WHEREFORE Plaintiff requests:

1. Damages in an amount to be determined at hearing including damages for lost pay, out-of-pocket expenses and other monetary losses;

2. Costs and attorneys' fees; and

3. Such other legal or equitable relief as the Commission may award.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

Date Filed 11/23/2022 5:28 PM
Superior Court - Essex
Docket Number

Respectfully submitted,
CHRISTINE RIVARD
By her counsel:

_____/s/ Elijah Bresley_____
Elijah Bresley (BBO#691092)
ebresley@slnlaw.com
slnlaw llc
46 South Main Street
Sharon, MA 02067
Tel: 781-327-1917
Fax: 781-328-1772

Dated: November 23, 2022



$8.340
US POSTAGE
FIRST-CLASS
062S0004450465
FROM 02067

B805?4?07

CERTIFIED MAIL

BRACKTON MA 023

PM 7

7019 0700 0001 1415 1476

NICE Systems, Inc.
Corporation Service Company, Registered Agent
100 Charles Ewing Bvld, Suite 160
Ewing, NJ 08628

08628-345635

SLN
LAW

46 South Main Street
Sharon MA 02067
www.slnlaw.com

BUSINESS    EMPLOYMENT    ESTATE PLANNING

# EXHIBIT B

3

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT OF THE COMMONWEALTH

ESSEX, ss.                                    SUPERIOR COURT DEPARTMENT

CHRISTINE RIVARD,

      Plaintiff,

v.                                            Civil Action No.: 2277CV01138

NICE Systems, Inc.

      Defendants.

### **Affidavit of Elijah Bresley**

Elijah Bresley, Esquire hereby depose and state:

1. I represent Plaintiff Christine Rivard in the above captioned matter.

2. On February 7, 2022, pursuant to Mass. R. Civ. P. 4(e) I caused a copy of the complaint and summons in this matter to be sent to Defendant, *via* certified mail. *See* Exhibit A, Envelope; Exhibit B, Summons Packet.

3. On February 13, 2023, the certified mail was received and signed. *See* Exhibit C, Mail receipt.

4. Pursuant to Mass. R. Civ. P. 4(f), the above documentation is provided to this Court to establish proof of service.

Sighed under pains and penalties of perjury on this seventeenth day of February 2023:

*/s/ Elijah Bresley_____*

Elijah Bresley, Esq.

FILED
ESSEX SUPERIOR COURT
23 FEB 21 AM 8:55

# EXHIBIT A



46 South Main Street
Sharon MA 02067
www.slnlaw.com



**CERTIFIED MAIL**

7019 0700 0001 1415 1476



$8.34 0
US POSTAGE
FIRST-CLASS
062S0014950465
FROM 02067

NICE Systems, Inc.
Corporation Service Company, Registered Agent
100 Charles Ewing Bvld, Suite 160
Ewing, NJ 08628

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X      ☐ Agent<br>         ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>*Corporation Service Company*<br>*100 Charles Ewing Bvld, Suite 160*<br>*Ewing, NJ 08628* | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5003 9063 1107 01

| 3. Service Type | |
|---|---|
| ☒ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☒ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ ...ured Mail | |
| ☐ ...ured Mail Restricted Delivery (...er $500) | |

2. Article Number (Transfer from service label)

7019 0700 0001 1415 1476

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

# EXHIBIT B

| **Summons** | CIVIL DOCKET NO<br>2277CV01138 D | Trial Court of Massachusetts<br>The Superior Court  |
|---|---|---|

CASE NAME

Christine Rivard

Plaintiff(s)

vs.

NICE Systems, Inc.

Defendant(s)

Clerk of Courts

County

COURT NAME & ADDRESS

Essex Superior Court
56 Federal St
Salem, MA 01970

THIS SUMMONS IS DIRECTED TO <u>NICE Systems, Inc.</u>  (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the  Essex Superior  Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

    a) Filing your **signed original** response with the Clerk's Office for Civil Business,  Essex Superior  Court  56 Federal St, Salem, MA 01970 (address), by mail, in person, or electronically through the web portal www.eFileMA.com if the Complaint was e-filed through that portal, **AND**

    b) Delivering or mailing **a copy** of your response to the Plaintiff's attorney/Plaintiff at the following address:  Elijah Bresley, 46 South Main St, Sharon, MA, 02067

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

| **Summons** | CIVIL DOCKET NO.<br>*2277CV01138 D* | Trial Court of Massachusetts<br>The Superior Court  |
|---|---|---|

CASE NAME:

*Christine Rivard*

                                            Plaintiff(s)

                    vs.

*NICE Systems, Inc.*

                                            Defendant(s)

Clerk of Courts

County

COURT NAME & ADDRESS:

*Essex Superior Court*
*56 Federal St*
*Salem, MA 01970*

---

THIS SUMMONS IS DIRECTED TO  *NICE Systems, Inc.*  (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the  *Essex Superior*  Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

    a) Filing your **signed original** response with the Clerk's Office for Civil Business, *Essex Superior*  Court
    *56 Federal St, Salem, MA 01970* (address), by mail, in person, or electronically through
    the web portal www.eFileMA.com if the Complaint was e-filed through that portal, **AND**

    b) Delivering or mailing **a copy** of your response to the Plaintiff's attorney/Plaintiff at the following address:
    *Elijah Bresley, 46 South Main St, Sharon, MA, 02067*

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

Date Filed 11/23/2022 5:28 PM
Superior Court – Essex
Docket Number

COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT OF THE COMMONWEALTH

1

ESSEX, ss.                                      SUPERIOR COURT DEPARTMENT

CHRISTINE RIVARD,
        Plaintiff,                                                        11/23/2022

v.                                              Civil Action No.:

NICE Systems, Inc.                              **RECEIVED**
        Defendants.

## COMPLAINT

This Complaint arises from Defendant, NICE Systems, Inc.'s, violation of the

Massachusetts Wage Act, M.G.L. c. 149.

### Parties

1. Plaintiff, Christine Rivard ("Mrs. Rivard") is a resident of Peabody, Massachusetts.

2. Defendant, NICE Systems, Inc. ("NSI"), is a domestic, for-profit corporation with a

   principal place of business located at in Hoboken, New Jersey.

### Jurisdiction and Venue

4. This Court has subject matter jurisdiction pursuant to G.L. c. 212, § 3.

5. On November 15, 2022, the Massachusetts Office of the Attorney General ("AG's

   Office") issued Mrs. Rivard an Authorization for Immediate Private Suit against NSI.

6. This Court has general personal jurisdiction over NSI because hired Mrs. Rivard to work

   as its agent in the Commonwealth. NSI's acts and omissions giving rise to this complaint

   also occurred in the Commonwealth.

7. Venue is proper in this Court pursuant to G.L. c. 223, § 1, because Mrs. Rivard has a

   residence in Essex County.

Date Filed 11/23/2022 5 28 PM
Superior Court - Essex
Docket Number

### Factual Allegations

3. Mrs. Rivard was employed by NSI starting on January 3, 2012.

4. She was promoted to a Solution Sales Executive in 2019.

5. Most recently, Mrs. Rivard worked and earned commissions pursuant to the NICE Ltd. 2021 Sales Incentive Plan – Enterprise & Public Safety, which detailed how Mrs. Rivard earned commissions on all sales.

6. Mrs. Rivard earned commissions both when the contract with clients was signed and when the invoices were sent.

7. After Mrs. Rivard closed a contract with a client, she had no more obligations, but just to wait until the time allotted in the contract came and then she would be paid the rest of her commissions.

8. Mrs. Rivard left the Company on or about December 30, 2021.

9. Prior to her departure, Mrs. Rivard questioned how her remaining commissions would be paid out.

10. During Mrs. Rivard's exit interview with Roshni Ray (an employee in Human Resources), Ms. Ray confirmed that, as mandated by Massachusetts' law, all the commissions that Mrs. Rivard had earned through her last day would be paid to her.

11. Currently, Mrs. Rivard is aware that she has earned out outstanding commission in the amount of almost $60,000 that was not paid on her last day.

12. In each of these cases, Mrs. Rivard has completed the sale and was simply waiting for NSI to send the invoice to be paid.

13. Pursuant to Ms. Ray's promises and in compliance with the law, the Company continued to issue Mrs. Rivard checks.

Date Filed 11/23/2022 5 28 PM
Superior Court - Essex
Docket Number

14. Mrs. Rivard received a check in February 2022 for commissions for sales closed in 2020 and 2021.

15. However, Mrs. Rivard has not received payment for the vast majority of the sales that she has closed.

## COUNT ONE
## Massachusetts Wage Act G.L. c. 149

16. Plaintiff re-alleges and re-asserts the allegations in the above paragraphs as if fully set forth herein.

17. Defendants, through their actions have violated the Wage Act M.G.L. c. 149.

18. As of her last date, Mrs. Rivard was owed approximately $60,000 for commissions that she had earned.

19. These commissions were due and payable.

20. These commissions were calculatable and in all cases, simply waiting for the invoices to be sent.

21. There were no unsatisfied contingencies that Mrs. Rivard had to complete.

22. As a result of Defendants' violation, Plaintiff has suffered and continues to suffer harm.

## PRAYER FOR RELIEF

WHEREFORE Plaintiff requests:

1. Damages in an amount to be determined at hearing including damages for lost pay, out-of-pocket expenses and other monetary losses;

2. Costs and attorneys' fees; and

3. Such other legal or equitable relief as the Commission may award.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Date Filed 11/23/2022 5 28 PM
Superior Court - Essex
Docket Number

Respectfully submitted,
CHRISTINE RIVARD
By her counsel:

/s/ Elijah Bresley
Elijah Bresley (BBO#691092)
ebresley@slnlaw.com
slnlaw llc
46 South Main Street
Sharon, MA 02067
Tel: 781-327-1917
Fax: 781-328-1772

Dated: November 23, 2022

# EXHIBIT C

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Corporation Service Company*
*100 Charles Ewing Blvd, Suite 160*
*Ewing, NJ 08628*

9590 9402 5003 9063 1107 01

2. Article Number *(Transfer from service label)*

7019 0700 0001 1415 1476

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Yvonne Olson_    ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

2/13/23

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

9590 9402 5003 9063 1107 01

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Elijah Bresley
SLNLAW
46 South Main St
Sharon, MA 02067

# EXHIBIT C

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.                                    SUPERIOR COURT DEPARTMENT

_____

CHRISTINE RIVARD,                        )
                                         )
                                         )
                    Plaintiff,           )
         v.                              )        Civil Action No. 2277-CV-01138
                                         )
NICE Systems, Inc.,                      )
                                         )
                    Defendants.          )
_____         )

## <u>NOTICE OF FILING NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446(d), Defendant

NICE Systems, Inc., by and through undersigned counsel, has removed the above-captioned

action to the United States District Court for the District of Massachusetts. A true and correct

copy of the Notice of Removal and accompanying exhibits are attached hereto as Exhibit 1.

ATTORNEYS FOR DEFENDANT NICE
SYSTEMS, INC.

ARMSTRONG TEASDALE LLP

Dated: March __, 2023                    */s/ Martha J. Zackin*
                                         Martha J. Zackin, BBO #555733
                                         800 Boylston St., 30th Floor
                                         Boston, MA 02199
                                         mzackin@atllp.com
                                         617.824.5150 (telephone)
                                         617.830.8490 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March __, 2023, I electronically filed the foregoing using the MA Superior Court e-filing system which will automatically send email notification of such filing to the following attorneys of record:

Elijah Bresley (BBO #691092)
ebresley@slnlaw.com
SLN Law
46 South Main Street
Sharon, MA 02067
Tel: 781-327-1917
Fax: 781-328-1772

*/s/ Martha J. Zackin*