UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE RIVARD,<br><br>    Plaintiff,<br><br>v.<br><br>NICE SYSTEMS, INC.,<br><br>    Defendant | Civil Action No. 1:23-cv-10576-JEK |

**JOINT RESPONSE TO THE COURT'S INQUIRY
INTO THE PARTIES' UNEARNED INCENTIVE CALCULATION**

Defendant NICE Systems, Inc. ("Defendant") and Plaintiff Christine Rivard ("Plaintiff") (collectively the "Parties"), by and through counsel, hereby submits a joint response to the Court's inquiry into the calculation of Plaintiff's "Unearned Incentives" (as that term is defined in the NICE Ltd. 2021 Sales Incentive Plan – Enterprise & Public Safety).

In paragraph 63 of NICE's Statement of Undisputed Material Facts ("SUMF") in support of NICE's motion for summary judgment (Dkt. 38), NICE identified $53,804.56 as the total amount of Plaintiff's Unearned Incentives as of the date of Plaintiff's separation from employment with NICE. (Dkt. 38, p. 12). Likewise, Paragraph 64 of NICE's SUMF included a table outlining Plaintiff's Unearned Incentives and reporting $53,804.56 as the total value of Plaintiff's Unearned Incentives. (Dkt. 38, pp. 12-13). Based on further review and recalculation of Plaintiff's Unearned Incentives, the Parties have determined that Paragraphs 63 and 64 of the SUMF reflected a calculation error and that the total value of Plaintiff's Unearned Incentives should have been identified as $53,840.57 in Paragraphs 63 and 64 of the SUMF. Thus, the Parties respectfully submit that references to $53,804.56 in Paragraphs 63 and 64 of the SUMF should be replaced

with references $53,840.57 and that it is undisputed that the value of Plaintiff's Unearned Incentives as of the date of Plaintiff's separation from employment with NICE was **$53,840.57**.

FOR CHRISTINE RIVARD                                                    Dated: June 17, 2025

By her counsel:

*/s/ Elijah Bresley*
Elijah Bresley (BBO#691092)
ebresley@slnlaw.com
slnlaw llc
46 South Main Street
Sharon, MA 02067
(781) 327-1917

FOR NICE SYSTEMS, INC.

*/s/ Travis Kearbey*
Travis Kearbey
QUARLES & BRADY LLP
8182 Maryland Avenue, Suite #405
Clayton, MO 63105
travis.kearbey@quarles.com
(314) 696-5100


Nolan Mitchell
Quarles & Brady LLP
2020 K Street NW, Suite 400
Washington, DC 20006
nolan.mitchell@quarles.com
(202) 780-2644